# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701

**Chambers of**
**Barbara B. Crabb**
  District Judge

**Telephone**
608-264-5447

April 7, 2008

Quadale Coleman
#06437-090
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

      Re: U.S. v. Coleman; 07-cr-80-jcs

Dear Mr. Coleman:

      This will acknowledge receipt of your letter dated February 14, 2008, requesting a copy of your plea and sentencing transcripts.  Brian Threlkeld of the Federal Defender's Office has been appointed to represent you on your appeal.  Any request for transcripts should be made through him.

      Very truly yours,

      /s/

      Barbara B. Crabb
      District Judge

BBC:skv